In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to Certain Wharfage Rights in the East River.

EDITH C. ISELIN et al., Appellants and Respondents; NEW YORK AND BALTIMORE TRANSPORTATION LINE, Appellant; THE CITY OF NEW YORK, Respondent.

*Matter of City of New York (Old Pier 11)*, 124 App. Div. 465. affirmed. (Argued April 1, 1908; decided April 21, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 28, 1908, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in the above-entitled proceeding.

*Frederick W. Whitridge* and *William H. Harris* for Edith C. Iselin et al., appellants and respondents.

*Michael J. Mulqueen* for New York and Baltimore Transportation Line, appellant.

*Francis K. Pendleton, Corporation Counsel* (*Theodore Connoly, Charles D. Olendorf* and *Alex. L. Strouse* of counsel), for the City of New York, respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.